In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00142-CR


______________________________




NANCY ANN TANKERSLEY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the Sixth Judicial District Court


Lamar County, Texas


Trial Court No. 21281




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Nancy Ann Tankersley, appellant, has filed with this Court a motion to dismiss her appeal. 
The motion is signed by Tankersley and by her counsel in compliance with Rule 42.2(a) of the Texas
Rules of Appellate Procedure. As authorized by Rule 42.2, we grant the motion. See Tex. R. App.
P. 42.2.

 Accordingly, we dismiss the appeal.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: February 26, 2007

Date Decided: February 27, 2007


Do Not Publish